JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
IMPLICIT NETWORKS, INC.

## DEFENDANTS
SYBASE, INC. and MICROSOFT CORPORATION

(b) County of Residence of First Listed Plaintiff: King
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Alameda
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Spencer Hosie (CA Bar No. 101777)
Hosie Rice LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105 (Tel: 415-247-6000)

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 830 Patent

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271
Brief description of cause:
Suit for patent infringement

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". See attached

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
[X] SAN FRANCISCO/OAKLAND [ ] SAN JOSE

DATE: April 3, 2009

SIGNATURE OF ATTORNEY OF RECORD

## ATTACHMENT TO CIVIL CASE COVER SHEET

Sun Microsystems Incorporated v. Implicit Networks, Inc., United States District Court, Northern District of California, Case No. CV 09-201 SI

Implicit Network, Inc. v. International Business Machines Corporation, Oracle Corporation, SAP America, Inc., and Adobe Systems Incorporation, United States District Court, Northern District of California, Case No. CV 09-01342 SI