SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
MARC BELLOLI, Bar No. 244290
marc.belloli@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
SYBASE, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYBASE, INC., and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. C 09-1478 SI <br><br> **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Implicit Networks, Inc. ("Plaintiff") and defendant Sybase, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

1  WHEREAS, on or about April 6, 2009, Plaintiff served its Complaint upon Defendant;
2  and

3  WHEREAS, no trial date has yet been set in this action; and

4  WHEREAS, Defendant requires additional time to respond to the Complaint, and
5  Plaintiff and Defendant, through their respective counsel of record, have agreed to extend the
6  time by which Defendant must answer or otherwise respond to the Complaint by an additional
7  approximate 60 days, to and including June 29, 2009:

8  IT IS HEREBY STIPULATED by and between the parties hereto through their
9  respective attorneys of record that Defendant will have to and including June 29, 2009, to serve
10  and file an answer or other response to the Complaint.

12  DATED: May 4, 2009

HOSIE RICE LLP



By: /s/ Bruce Wecker
 Bruce Wecker
 *Attorneys for Plaintiff*
 *Implicit Networks, Inc.*

SYBASE, INC

By: /s/ Mark D. Fowler
 Mark D. Fowler
 *Attorney for Defendant*
 *Sybase, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: May 4, 2009

 /s/ Bruce Wecker
 Bruce Wecker

STIPULATION TO EXTEND TIME TO RESPOND 2 CASE NO. C-09-1478 SI
TO COMPLAINT