SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
Email: egoldstein@gfpiplaw.com
CORBY R. VOWELL
Email: cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
Email: mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
Email: sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYBASE, INC., and <br> MICROSOFT CORPORATION, <br><br> Defendants. | Case No. C 09-1478 SI <br><br> **STIPULATED MOTION FOR DISMISSAL OF SYBASE, INC. WITH PREJUDICE AND PROPOSED ORDER** |

The Plaintiff, Implicit Networks, Inc., and Sybase, Inc., pursuant to Rule 41 of the Federal Civil Judicial Procedure and Rules, hereby move for an order dismissing this action with regard to all claims brought Plaintiff in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 18, 2009

HOSIE RICE LLP

 /s/ Spencer Hosie
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
egoldstein@gfpiplaw.com
CORBY R. VOWELL
cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

DLA PIPER

 /s/ Mark D. Fowler
MARK D. FOWLER (CA Bar No. 124235)

STIPULATED MOTION FOR DISMISSAL
OF SYBASE WITH PREJUDICE AND
PROPOSED ORDER

1

CASE NO. C 09-1478 SI

mark.fowler@dlapiper.com
DLA PIPER
2000 University Avenue
East Palo Alto, CA 94303-2214
(650) 833-2048 Tel.
(650) 687-1166

*Attorneys for Defendant*
*SYBASE, INC.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: May 18, 2009

                                               */s/ Spencer Hosie*
                                                 Spencer Hosie

**IT IS SO ORDERED.**

DATED this ___ day of May, 2009.

                                     HONORABLE SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE