SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
Email: egoldstein@gfpiplaw.com
CORBY R. VOWELL
Email: cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
Email: mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
Email: sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas  77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SYBASE, INC., and MICROSOFT CORPORATION,<br><br>Defendants. | Case No. C 09-1478 SI<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR IMPLICIT NETWORKS, INC. AND [PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 11-5(a), Plaintiff Implicit Networks, Inc. ("Implicit") respectfully requests that the Court permit the withdrawal of Goldstein, Faucett & Prebeg L.L.P. and its attorneys of record Edward W. Goldstein, Corby R. Vowell, Matthew J.M. Prebeg and Stephen W. Abbott. All other counsel of record for Plaintiff, including the law firm of Hosie Rice LLP will continue to represent Plaintiff. No scheduled hearing or trial will be delayed if this withdrawal is granted.

DATED September 25, 2009                     Respectfully submitted,

*/s/ Spencer Hosie with permission for*
*Edward W. Goldstein*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
Email: egoldstein@gfpiplaw.com
CORBY R. VOWELL
Email: cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
Email: mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
Email: sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

**PROPOSED ORDER**

For good cause appearing, IT IS HEREBY ORDERED THAT Goldstein, Faucett & Prebeg L.L.P. and its attorneys of record Edward W. Goldstein, Corby R. Vowell, Matthew J.M. Prebeg and Stephen W. Abbott are permitted to withdraw as counsel for Implicit in this matter. Implicit will continue to be represented by in this case by counsel from the firm of Hosie Rice LLP.

IT IS SO ORDERED.

Date: _____     _____
                                 Honorable Susan Illston
                                 UNITED STATES DISTRICT JUDGE