1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
2  STEPHEN M. EVERETT (STATE BAR NO. 121619)
   HOLLY HOGAN (STATE BAR NO. 238714)
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, California 94111-5994
   Telephone: 415.882.8200
5  Facsimile: 415.882.8220
   mike.bettinger@klgates.com
6  stephen.everett@klgates.com
   holly.hogan@klgates.com

7  ISABELLA E. FU (State Bar No. 154677)
8  MICROSOFT CORPORATION
   One Microsoft Way
9  Redmond, WA  98052
   Telephone: (425) 882-8080
10 Facsimile: (425) 936-7329
   Isabella.Fu@microsoft.com

11 Attorneys for Defendant, Counterclaimant
   MICROSOFT CORPORATION
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>SYBASE, INC. and MICROSOFT CORPORATION,<br><br>    Microsoft.<br><br>MICROSOFT CORPORATION,<br><br>    Counterclaimant,<br><br>vs.<br><br>IMPLICIT NETWORKS, INC.,<br><br>    Counterdefendant. | Case No. 3:09-cv-01478 SI<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-2 TO EXTEND TIME FOR PATENT LOCAL RULE 4-2 DEADLINE** |

1  Pursuant to Local Rule 6-2, Defendant Microsoft Corporation ("Microsoft") and Plaintiff Implicit Networks, Inc. ("Implicit") hereby stipulate as follows:

WHEREAS, on August 3, 2009, the Court issued its scheduling order (Docket No. 25-1);

WHEREAS, the Court's scheduling order provides that the parties are to exchange preliminary claim construction(s) and extrinsic evidence pursuant to Patent Local Rule 4-2 on November 5, 2009;

WHEREAS, the Court's scheduling order provides that the parties are to exchange responsive claim construction(s) on November 23, 2009;

WHEREAS, the parties have agreed to extend the foregoing dates for the convenience of the parties as follows: (i) the parties have agreed to extend the date for the exchange of preliminary claim construction(s) and extrinsic evidence pursuant to Patent Local Rule 4-2 from November 5, 2009 to November 19, 2009, and (ii) the parties have further agreed to extend the date to exchange responsive claim construction(s) from November 23, 2009 to December 1, 2009;

WHEREAS, the extension of the foregoing dates will not affect any other court-ordered dates, and will not affect the January 11, 2010 filing of the parties' joint claim construction and pre-hearing statement pursuant to Patent Local Rule 4-3; and

WHEREAS, this is the parties' first request for extension of these dates.

IT IS HEREBY STIPULATED by Plaintiff and Defendant, through their counsel of record, that the parties will exchange (i) preliminary claim construction(s) and extrinsic evidence pursuant to Patent Local Rule 4-2 on November 19, 2009, and (ii) the parties will exchange responsive claim construction(s) on December 1, 2009.

//
//
//
//
//
//
//

1  IT IS SO STIPULATED.

2  Dated:  November 4, 2009                    K&L GATES LLP

4                                              By:___/s/ Holly Hogan_____

5                                              MICHAEL J. BETTINGER (STATE BAR NO. 122196)
                                               STEPHEN M. EVERETT (STATE BAR NO. 121619)
6                                              HOLLY HOGAN (STATE BAR NO. 238714)
                                               K&L GATES LLP
7                                              4 Embarcadero Center, Suite 1200
                                               San Francisco, California 94111-5994
8                                              Telephone: 415.882.8200
                                               Facsimile: 415.882.8220
9                                              mike.bettinger@klgates.com
                                               stephen.everett@klgates.com
10                                             holly.hogan@klgates.com

12                                             ISABELLA E. FU (State Bar No. 154677)
                                               MICROSOFT CORPORATION
                                               One Microsoft Way
13                                             Redmond, WA  98052
                                               Telephone: (425) 882-8080
14                                             Facsimile: (425) 936-7329
                                               Isabella.Fu@microsoft.com

16                                             Attorneys for Defendant

17                                             MICROSOFT CORPORATION

19                                             By:____/s/ George F. Bishop_____
                                               SPENCER HOSIE (STATE BAR NO. 101777)
                                               BRUCE WECKER (STATE BAR NO. 078530)
20                                             GEORGE F. BISHOP (STATE BAR NO. 89205)
                                               HOSIE RICE LLP
21                                             188 The Embarcadero, Suite 750
                                               San Francisco, CA 94105
22                                             Phone: (415) 247-6000
                                               Fax: (415) 247-6001
23                                             shosie@hosielaw.com
                                               bwecker@hosielaw.com
24                                             gbishop@hosielaw.com

25                                             Attorneys for Plaintiff

26                                             IMPLICIT NETWORKS, INC.

27  //

28  //

2

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND TIME FOR P.L.R. 4-2 DEADLINE**                                    Case No. 09-cv-01478

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2  DATED: _____    _____
                                     Honorable Susan Illston
3                                    UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR P.L.R. 4-2 DEADLINE                    Case No. 09-cv-01478