| | |
|---|---|
| 1 | MICHAEL J. BETTINGER (STATE BAR NO. 122196) |
| 2 | STEPHEN M. EVERETT (STATE BAR NO. 121619) <br> HOLLY HOGAN (STATE BAR NO. 238714) |
| 3 | K&L GATES LLP <br> 4 Embarcadero Center, Suite 1200 |
| 4 | San Francisco, California 94111-5994 <br> Telephone: 415.882.8200 |
| 5 | Facsimile: 415.882.8220 <br> mike.bettinger@klgates.com |
| 6 | stephen.everett@klgates.com <br> holly.hogan@klgates.com |
| 7 | ISABELLA E. FU (State Bar No. 154677) |
| 8 | MICROSOFT CORPORATION <br> One Microsoft Way |
| 9 | Redmond, WA 98052 <br> Telephone: (425) 882-8080 |
| 10 | Facsimile: (425) 936-7329 <br> Isabella.Fu@microsoft.com |
| 11 | Attorneys for Defendant, Counterclaimant |
| 12 | MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No. 3:09-CV-01478 SI |
| Plaintiff, | **[PROPOSED] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SYBASE, INC. and MICROSOFT CORPORATION, | |
| Microsoft. | |
| MICROSOFT CORPORATION, | |
| Counterclaimant, | |
| vs. | |
| IMPLICIT NETWORKS, INC., | |
| Counterdefendant. | |

[PROPOSED] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

1  The Court held a case management conference on January 15, 2010 in the above-captioned
2  matter. Following the case management conference, IT IS HEREBY ORDERED that the Court
3  amends the schedule in the above-captioned matter, and sets the following schedule:

| | |
|---|---|
| LR 4-3 Joint Claim Construction Statement | May 13, 2010 |
| Status Conference | May 14, 2010 (3 p.m.) |
| Completion of claim construction discovery | May 28, 2010 |
| Opening claim construction brief | June 2, 2010 |
| Response claim construction brief | June 16, 210 |
| Reply claim construction brief | June 23, 2010 |
| Tutorial | July 7, 2010 (3:30-5:30 p.m.) |
| Claim construction hearing | July 8, 2010 (3:30-5:30 p.m.) |

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE