# Affidavit of Service

## UNITED STATES DISTRICT COURT
### For the NORTHERN DISTRICT OF NEW YORK
**COURT**

Civil Action No.: C 09-1478 SI

IMPLICIT NETWORKS, INC.

                        Plaintiff,

    v.

SYBASE, INC. and MICROSOFT CORPORATION,

                        Defendant.

---

I, __James F. Inman__, being first duly sworn, deposes and says: that I am over the age of 18 years and not a party to this action, and reside in the County of Tompkins, State of New York and that within the boundaries of the State where service was effected, I was authorized by law to perform said service.

**Service:** I served __EMIN G. SIRER__
**NAME OF PERSON / ENTITY BEING SERVED**

**With (Documents):** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**By leaving with:** __EMIN G. SIRER__
**NAME**

**AT:** Employment

__Cornell University, Department of Computer Science, 4151 Upson Hall, Ithaca, New York 14853__
**ADDRESS**                  **CITY / STATE**

**On** __March 1, 2010 AT 1:45 PM__
**DATE/TIME**

**Manner of Service:**
(X) **Personal:** By personally delivering copies to the person being served.
( ) **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household and explaining the general nature of the papers.
( ) **Corporate/LLC:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
( ) **Affixing To Door:** By affixing a true copy thereof to the door of said premises
( ) **Copy Mailed:** On _____, a copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed to the above address.
( ) **Non-Service:**
( ) Unknown at Address  ( ) Moved, Left no Forwarding  ( ) Service Cancelled by Litigant
( ) Unable to Serve in Timely Fashion ( ) Address Does Not Exist

**Service Attempts:** Service was attempted on: (1) _____  (2) _____
                                      DATE    TIME            DATE    TIME
(3) _____ (4) _____ (5) _____
   DATE    TIME      DATE    TIME      DATE    TIME

( X ) **WITNESS FEES:** Advanced payment of $85.00 was made.

**MILITARY SERVICE:** ___ yes  __X__ no

**Description of person spoken to:** Sex __Male__ Skin color __White__ Age __35 y.o.__ Height __5' 8"__ Weight __170 lbs.__
Hair __Brown__ Other __Glasses__

                                                     _/s/ James F. Inman_
                                                      **SIGNATURE OF PROCESS SERVER**

SUBSCRIBED AND SWORN to before me this __1st__ day of __March__, 2010

_/s/ Emily Eva Emmick_
**SIGNATURE OF NOTARY PUBLIC**      **EMILY EVA EMMICK**
Notary Public - State of New York
No. 01EM6187060
Qualified in Tompkins County
My Commission Expires May 12, 2012

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. C 09-1478 SI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Emin G. Sirer
was received by me on *(date)* 2/26/10 .

☒ I served the subpoena by delivering a copy to the named individual as follows: Personal service upon Emin G. Sirer at Cornell University, Dept. of Computer Science, 4151 Upson Hall, Ithaca, N.Y. 14853 on *(date)* 3/1/10 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 85.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 1, 2010

*Server's signature*

James F. Inman, Process Server
*Printed name and title*

306 Buck Rd., Lansing, N.Y. 14882
*Server's address*

Additional information regarding attempted service, etc: