SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SYBASE, INC., and<br>MICROSOFT CORPORATION,<br><br>Defendants. | Case No. C 09-1478 SI<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS BY IMPLICIT NETWORKS, INC. AND MICROSOFT CORPORATION, AND [PROPOSED] ORDER** |

Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Microsoft Corporation ("Microsoft"), pursuant to Rule 41(A)(2) of the Federal Rules of Civil, hereby stipulate and move for an order dismissing WITH PREJUDICE and in their entirety (1) all claims or counterclaims brought by Implicit against Microsoft and (2) all claims or counterclaims brought by Microsoft against Implicit, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 2, 2010                              HOSIE RICE LLP

                                                  */s/ Spencer Hosie*_____
                                                  SPENCER HOSIE
                                                  *Attorneys for Plaintiff*
                                                  *IMPLICIT NETWORKS, INC.*


Dated: April 2, 2010                              K&L GATES LLP

                                                  */s/ Michael J. Bettinger*_____
                                                  MICHAEL J. BETTINGER
                                                  *Attorney for Defendant*
                                                  *MICROSOFT CORPORATION*


I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   April 2, 2010

                                                  */s/ Spencer Hosie*_____
                                                  Spencer Hosie

1 **IT IS SO ORDERED.**

2 DATED this ___ day of April, 2010.

_____
HONORABLE SUSAN ILLTSTON
UNITED STATES DISTRICT JUDGE